MARY REISS, Appellant, et al., Plaintiffs, *v.* LOUIS USHKOW, Respondent.

Submitted July 2, 1947; decided July 2, 1947.

*Jacob W. Friedman* and *Murray T. Feiden* for motion.

*H. H. Brown* and *E. C. Sherwood* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.